

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shomari Salim Daley
11215 Georgia Ave. Wheaton, MD 20902

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- The STATE of Maryland
The Circuit Court of Montgomery County MD. 50 Maryland Ave. Rockville Maryland.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. ~~#4991-V~~ PX 18CV1151

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I.  The Parties to This Complaint

　A.  The Plaintiff(s)

　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　Name: Shomari Salim Daley
　Street Address: 11215 Georgia Ave.
　City and County: Wheaton   Montgomery County
　State and Zip Code: MARYLAND   20902
　Telephone Number: 202-297-2531
　E-mail Address: shodaley1@gmail.com

　B.  The Defendant(s)

　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

　Defendant No. 1

　Name: The Circuit Court of Montgomery County
　Job or Title (if known):
　Street Address: 50 Maryland Ave.
　City and County: Rockville MD.   Montgomery
　State and Zip Code: MD   20850
　Telephone Number:
　E-mail Address (if known):

Defendant No. 2

Name: The Exchange at Wheaton Station
Job or Title (if known):
Street Address: 11215 Georgia Ave.
City and County: Wheaton   Montgomery Co.
State and Zip Code: MD   20902
Telephone Number: 202-297-2531
E-mail Address (if known): shodaley1@gmail.com

Defendant No. 3

Name: Family Services, Inc./Christopher
Job or Title (if known): Calangan - Service Coordinator
Street Address: 15825 Shady Grove Road, Suite 25
City and County: Rockville, MD  20850
State and Zip Code: Maryland   20850
Telephone Number: 240-672-3393
E-mail Address (if known): christopher.calangan@fs-inc.org

Defendant No. 4

Name: Houseing Initiative Program
Job or Title (if known): Kim Pendely
Street Address: 1301 Piccard Dr.
City and County: Rockville   Montgomery Co.
State and Zip Code: MD   20850
Telephone Number: 240-777-4000
E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Denial of Human and Civil Rights / Discrimination Based on Race, Gender, and Disability. Pschological Humiliation and Torture ! !_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) The Circuit Court of Montgomery County Maryland

I, Shomari Salim Daley, pro-se claim that the Judges and Circuit Court is Denying ME My Constitutional Rights to a Fair, Speedy, and Jury Trial. I have Been Denied My waiver of Fees and the courts know that I've been Indigent and Dissabled for over 8 years due to Injustice!! I am being Denied My Right to File a Complaint when My LiFE and Safety is in Danger. The STATE of Maryland also denied ME The Right to Expunge My Record and Accomodations Under the ADA.

2) Family Services, Inc.

Christopher Calangan has Discriminated against me by ordering the Crisis Center to Involuntarily take me to Two Hospitals For NO Legitamate Reason!! I was held Hostage, Denied My Rights, and Tortured. An Outrageous Fine was Imposed upon ME As a Result.

3) Houseing Initiative Program

Ms. Kim Pendely has Neglected my Crisis in Several Ways. I requested to be Housed in Potomac, but was placed in Wheaton MD. and Now My LiFE is in Danger!! I am Eligible For Independant Permanant Houseing and was placed in an Apartment. Discrimination!!

6

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1) The Circuit Court of Montgomery County, MD
250 Billion Dollars due to pschological Humiliation
2) Family Services, Inc.
100 Billion Dollars - Discrimination and Torture
3) Houseing Initiative Program
100 Billion Dollars!! Discrimination Based on Gender, Race, and Disability. A Mind is a Terrible thing to Waste!! To Torture a Indigent, Disabled, and Distressed U.S. Native is Unconstitutional. Cruel and Unusual Punishment and Treatment.

7

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/20, 2018.

Signature of Plaintiff   Shomari Salim Daley
Printed Name of Plaintiff   Shomari Salim Daley

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____