In The United States Distric Court.

Shomari Salim Daley
vs.

The State of Maryland,
The Circuit Court of Montgomery County,

PX-18-1151
5-11-2018

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 MAY 11  PM 3:43
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

Amended Complaint

I, Shomari Salim Daley pro-se, with Respect to the Courts am Exercising MY Right to Pursue Justice Against the State of Maryland for Discrimination!!

My LiFE is in grave Danger due to the Denial of My Rights by people with Power and Money. I am Being Denied My Right to Liberty due to the Montgomery County Courts denial to Expunge My Record. I was also Recently denied my Right to File a Complaint Against Fulger Pratt where my LiFE is ingrave Danger!! I am requesting 250 Billion Dollars for my pain and Suffering. To Deny ME MY Right to Freedom, Liberty, a Fair, Speedy, and Jury Trial is Unconstitutional.

2) Houseing Initiature Program (HIP). My LiFE is ingrave DANGER Because (HIP) is Not giving ME what el NEED To Survive. I have Proof that My LiFE is in Danger due to them Denying My Right to Independent Permanant Houseing. For my Pain and Suffering = 100 Billion Dollars.

In The United States District Court.

Shomari Salem Daley
vs.

The State of Maryland

PX-18-1151
5-11-18

Amended Complaint pg. 2

3) Family Services Inc.

This Organization provided ME with Unfair treatment to Torturing ME for NO Legitamate Reason. I was forced to go the Hospital beyond my Will or Control (Kidnapped) because of the Discrimination Imposed Upon ME by my Cruel Case Manager. For my pain and Suffering I am seeking 100 million Billion Dollars!!

I am attaching All the Documents to Prove that I am Under Attack by the State of Maryland for Montgomery County as Exhibits. I am also requesting My Rights to a Fair, Speedy, and Jury Trial. To Deny ME PEACE, Justice, and the Pursuite Of Hapiness is Unconstitutional.

Shodaley1@gmail.com

11215 Georgia Ave
Wheaton MD. 20902

Sincerely,

Shomari Salem Daley

(c) 202-297-2531