IN THE UNITED STATES District Court

Shomari Salim Daley
vs

PX-18-1151
5-5-18

## Bill of Particulars

I, Shomari Salim Daley, pro-se with Respect to the Courts, am filing my Bill of Particulars in this case matter above. I am providing these Documents to prove beyond a Reasonable Doubt that I am being Discriminated Against, Tortured, and Pschologically Humiliated by the STATE of Maryland.

1) Lease Agreement made between Myself and Foulger-Pratt Properties.

2) Documentation of (HIP) Houseing Initiative Program's contract to dispense Income Every Month on My behalf to 11215 Georgia Ave. Wheaton. MD. 20902.

3) Documentation of my Severe Mental illnesses due to prior Traumatizing Events in my LIFE and Chronic Homelessness.

4) Documentation of the Unfair Treatment and Cruel Actions being Imposed Upon ME currently and have been taken recently.

5) Hospital Records to show that I am in Much Deeper Dept Financially due to Torture Imposed Upon ME by Family Services Inc.

11215 Georgia Ave. Wheaton
MD 20902
202-297-2531

Sincerely,
Shomari Salim Daley
Shodaley7@gmail.com